IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 OCT 31 A 9:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmie Lee Smith #197598
------
Full name and prison number
of plaintiff(s)

v.

Paul Richardson
Stephen Moon
Keith Fitzgerald
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:06-CV-981-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Paul Richardson | 901 East Main St. Dothan Ala. 36301 |
| 2. | Stephen Moon | 901 East Main St. Dothan Ala. 36301 |
| 3. | Keith Fitzgerald | 901 East Main St. Dothan Ala. 36301 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ~~October~~ Oct. 18 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Discrimination (For my race and my sexual preference)

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

All of this happen because i wanted to be patted down like the other trustee which ~~which~~ is a white male. And i am a Gay Black male ~~which~~ which they wanted to strip search me.

**GROUND TWO:** Illegal use of a weapon (taser)

**SUPPORTING FACTS:** They tased me because, they said I ~~didn~~ did not comply with there orders. There is nothing saying in the Taser book were if some one dose not listen tased them.

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Legal ffts Matters (Pain and Suffering = Discrimination and Illegal use of a weapon) A lawsuit

_____
Signature of plaintiff(s): Jimmie L. Smith

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10'27'06
(Date)

_____
Signature of plaintiff(s): Jimmie L. Smith

4

On October 18, 2006 around 10:45 p.m., Myself inmate Jimmie Smith and inmate Jeremy Brown, was comeing in for the night from our job dodutes. As we saw officer P. Richardson pat inmate Uber, Richard down. Then we come in Door 1211 to come in, after Officer P. Richardson put inmate Richard Uber into O-Pod, myself and inmate Jeremy Brown was told to put our things down and come on. As inmate Jeremy Brown turn around to walk off, I then stated how come we cant be patted down, why we have to be strip searched. Officer P. Richardson then stated you will do as i say, so inmate Jimmie Smith put your things down and come on. By that time i then asked officer S. Edlestein could she call the sgt. down here because i dont think that was right. As i waited on her to open the control both door, officer P. Richardson then pulled out his taser and stated once again inmate Smith you will do as i say and come on. As i turn around to put my things on the table inside of 1211, Officer P. Richardson had then call on the rideo to officer S. moon J69 i need backup to help with an inmate to be searched. As we all are walking out of 1211 with there taser's out, i am still saying i want to see the Sgt., because this is not right. As we enter the mop room across from the laundry room, both of the officer still had there taser's out and ready. So i walked in first still saying that's not right i want to see the sgt. (Still no sgt. every came Officer P. Richardson then stated get on dress now. As i turn around to start getting on dress all i could here was the taser going off at me. As i was hit with the taser, i then fall and hit my head on the ground then after that i rember one of them officer's calling J38 Officer K. Fitzgerald to help them. As officer K. Fitzgerald came in, i was still laying down on the floor(cant move). He then came in and stated get up. i then stated i cant move my head. By that time i looked up and over and seen officer S. moon still with his taser out saying

if you dont get up, you will be tase again. I stated once again i cant move, then officer K. Fitzgerald pull his taser out and took his cartridge off, and put it to ~~the~~ my right side, and said you have 5 seconds to get up or you will be dry stun. As i said once again i cant move my head is hurting. As i finaly got up i looked and saw 2 more officer's J20 officer Jameserson and J15 officer Sererson, standing in the hall way makeing sure everying was alright. They then got me up, took me to the clinic and took pictures, were a was tase at. As we are on the way to the clinic i said for the last time can i see the sgt. (Still no sgt. every showed up). As we got done they took me back to the pod. I still was ~~never~~ never strip searched.

For 1 all of this happen because i ~~was~~ wanted to be patted down like the other trustee. The only thing i got out of this was a sanction/Restriction Documentation. I was not even moved from trustee.