**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Richardson
Houston County Jail
901 East Main Street
Dothan, AL 36301

06 cv 981    C + OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rael_    ☐ Agent
             ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Lochristy Race_    11/03/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7003 0500 0002 7929 4538

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen Moon
Houston County Jail
901 East Main Street
Dothan, AL 36301

06 cv 981    C + OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
           ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Lochrist Rc_    11/03/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7003 0500 0002 7929 4545

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith Fitzgerald
Houston County Jail
901 East Main Street
Dothan, AL 36301

06 cv 981    C + OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
           ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Lochristy Rc_    11/3/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)       7003 0500 0002 7929 4552

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540