IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMIE LEE SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:06-cv-981-WKW |
| | )   [wo] |
| PAUL RICHARDSON, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

### **ORDER**

On January 11, 2007, the Magistrate Judge filed a Recommendation (Doc. # 9) that this case be dismissed for the plaintiff's failure to prosecute this action. No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.    The Recommendation (Doc. # 9) is ADOPTED; and

2.    This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this 14th day of February, 2007.

                                           /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE